UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

UNITED STATES OF AMERICA     )
    )
    )     No.    3:02-00014
    v.     )
    )     Judge Trauger
CLYDE SUTTON     )

**MOTION FOR EXTENSION OF TIME**

The United States, through Acting United States Attorney David Rivera, and Assistant United States Attorney Brent A. Hannafan, hereby requests additional time to file a response to defendant's motion for early termination of his supervised release.   This Court granted a prior request to file a response to defendant's motion until September 9, 2013.

The undersigned was out of the District on vacation from August 16 through August 24, and then started a jury trial before Judge Campbell on August 27, 2013.   The jury did not receive the case until the end of the day on Friday, September 6, 2013 and continues to deliberate.

Due to the undersigned being out and then trying the case upon his return, the United States respectfully requests a second extension of time to file its response in this case, until Friday, September 13, 2013.   The undersigned has contacted defendant's attorney, James Simmons, who has no objection to the requested extension.

1